IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02540-REB-KLM

STATE FARM & CASUALTY COMPANY,

Plaintiff,

v.

JARDEN CORPORATION, d/b/a Sunbeam Products, a foreign corporation,

Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Unopposed Motion to Vacate the August 10, 2011 Settlement Conference** [Docket No. 17; Filed August 2, 2011] ("the Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Settlement Conference set for August 10, 2011 at 1:30 p.m. is **vacated**.  A settlement conference will be reset only upon joint motion of the parties.

Dated:  August 2, 2011