**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02540-REB-KLM

STATE FARM FIRE & CASUALTY COMPANY,

    Plaintiff,

v.

JARDEN CORPORATION d/b/a SUNBEAM PRODUCTS, a foreign corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion To Dismiss With Prejudice** [#24][1] filed October 3, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that this case should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss With Prejudice** [#24] filed October 3, 2011, is **GRANTED**;

    2. That the Trial Preparation Conference set for January 6, 2012, is **VACATED**;

    3. That the jury trial set to commence January 23, 2012, is **VACATED**;

    4. That any pending motion is **DENIED** as moot; and

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 4, 2011, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge